| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| ISAIAH JOEL PETILLO,<br><br>                Plaintiff,<br><br>        v.<br><br>J.L. PETERSON, et al.,<br><br>                Defendants. | Case No. 1:16-cv-00488-AWI-MJS (PC)<br><br>**ORDER STRIKING MOTION FILED AT ECF NO. 42**<br><br>**CLERK TO FILE ECF NO. 42 IN CASE NO. 1:18-cv-00217-GSA (PC)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983.

On January 2, 2018, Plaintiff filed a motion asking the Court to accept certain documents in this case. (ECF No. 42.) On March 26, 2018, he filed a notice regarding

this submission, stating that he intended to file the motion in Case No. 1:18-cv-00217-GSA (PC). (ECF No. 47.) He asks that the motion be re-filed in that case.

In light of Plaintiff's submission, it is HEREBY ORDERED that:

1. The document filed at ECF No. 42 is stricken from the record in this action;
2. The Clerk of Court is directed to re-file the document at ECF No. 42 in Case No. 1:18-cv-00217-GSA (PC).

IT IS SO ORDERED.

Dated: March 30, 2018          /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE