UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ISAIAH JOEL PETILLO, | **CASE No. 1:16-cv-0488-AWI-JLT (PC)** |
|---|---|
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTIONS TO FILE DISCOVERY** |
| v. | |
| J.L. PETERSON, et al., | **(Docs. 58, 71)** |
| Defendants. | |

Plaintiff asks the Court to lodge some of the defendants' responses to his discovery requests. (See Docs. 58, 71.) In the absence of any suggestion that plaintiff is dissatisfied with these responses, the Court declines to act as a repository for the parties' discovery requests and responses. Accordingly, both motions are hereby **DENIED**.

IT IS SO ORDERED.

Dated: **October 23, 2018**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE