UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH JOEL PETILLO,<br><br>          Plaintiff,<br><br>    v.<br><br>J.L. PETERSON, et al.,<br><br>          Defendants. | **CASE No. 1:16-cv-0488-AWI-JLT (PC)**<br><br>**ORDER AFTER IN CAMERA REVIEW**<br><br>**(Doc. 59)** |

After considering the plaintiff's motion to compel, the Court ordered the defendants to lodge certain documents for an *in camera* review. The Court finds that the great bulk of the documents do not bear on the issues at hand. In particular, the opinions of others employed by the CDCR as to the propriety of the force used is irrelevant. Rather, this is a question for the jury based upon its review of the evidence presented at trial. In addition, the Court has found only one incident involving one of the defendants that is sufficiently similar to the events at issue such to require disclosure (consistent with that described below and in the protective order issued herewith). Based on the foregoing, the Court **ORDERS:**

    1.    The following documents to be made available to the plaintiff for his review:

          a.    CONFID 23-25, 36-44, 309-314, 319, 324-326, 333-335, 340-353, 361-362, 369-372;

    2.    The defendants **SHALL** redact identifiers of the inmates and other staff members

involved in CONFID 309-314, 319, 324-326, 333-335, 340-353, 361-362, 369-372;

    3.    As to all of the documents, the defendants **SHALL** redact any findings or conclusions made by those who were not percipient witnesses to the events described in the documents;

    4.    The documents **SHALL** be made available to the plaintiff within 10 days.

IT IS SO ORDERED.

    Dated: **November 7, 2018**        **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE