# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

ISAIAH JOEL PETILLO,

          Plaintiff,

      v.

J.L. PETERSON, et al.,

          Defendants.

**Case No.: 1:16-cv-0488-AWI-JLT (PC)**

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR ISAIAH JOEL PETILLO, CDCR # T-44601, PLAINTIFF'S VIDEO APPEARANCE**

**DATE: WEDNESDAY, MARCH 6, 2019**
**TIME: 9:00 A.M.**

Isaiah Joel Petillo, CDCR # T-44601, the plaintiff in proceedings in this case, is confined at California State Prison, Corcoran, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate for video appearance before Magistrate Judge Jennifer L. Thurston, at the U. S. District Court, 510 19th Street, Bakersfield, CA 93301, on Wednesday, March 6, 2019, at 9:00 a.m.

### ACCORDINGLY, the Court ORDERS that:

1. A Writ of Habeas Corpus ad Testificandum SHALL issue, under the seal of this court, commanding the Warden to produce the inmate named above for video appearance in the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California State Prison, Corcoran, P. O. Box 8800, Corcoran, CA 93212:**

**WE COMMAND** you to produce the inmate named above, by video conference, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the Court and thereafter to return the inmate to the above institution. This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __February 6, 2019__         __/s/ Jennifer L. Thurston__
                                 UNITED STATES MAGISTRATE JUDGE