UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ISAIAH JOEL PETILLO, | **Case No.: 1:16-cv-00488-AWI-JLT (PC)** |
|---|---|
| Plaintiff, | **ORDER AFTER SETTLEMENT CONFERENCE** |
| v. | |
| J.L. PETERSON, et al., | |
| Defendants. | |

The Court conducted a settlement conference in this case (Doc. 97). The parties agreed to compromise and settled the case with the following material terms:

1. In exchange for dismissal of the entire action with prejudice and execution of the settlement agreement and release, the defendants will pay to the plaintiff $5,000. The payment may take as long as 180 days to be deposited into the plaintiff's trust account and this 180-day period will not commence until the plaintiff completes all necessary paperwork[1] and sends that paperwork to counsel for the defendants. If the plaintiff fails to sign the paperwork, this will not invalidate the settlement achieved in the court-sponsored conference. The plaintiff will receive whatever amount is left after all outstanding debts, including restitution, court fees, fines, costs, administrative fees and the like, are deducted;

---

[1] The Court has been advised that this paperwork has been provided to the plaintiff.

2. This settlement resolves all issues raised in this litigation and any that could have been raised against related to the events raised in the complaint and waives any appeal rights;

3. The parties will bear their own costs and fees;

4. The stipulated dismissal SHALL be filed within 30 days.

IT IS SO ORDERED.

Dated: **March 6, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE