1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    ISAIAH JOEL PETILLO,                    **1:16-cv-00488-AWI-JLT (PC)**

12                   Plaintiff,               **ORDER TO DEFENDANTS TO**

13         v.                                 **ORDER DENYING MOTION TO
                                              REOPEN CASE**
14    J.L. PETERSON, et al.,
                                              (Docs. 101, 103)
15                   Defendants.
                                              **FOURTEEN-DAY DEADLINE**
16

17         The Court held settlement conference in this action on March 6, 2019, following which

18    the parties stipulated to the dismissal of the case. (See Docs. 98-100.) Plaintiff has since filed a

19    motion for sanctions or to compel defendants to pay the amount owed him pursuant to the terms

20    of the settlement agreement. (Doc. 101.) In response, defendants note that the settlement

21    agreement anticipated that payment may take up to 180 days and that the settlement may be

22    subject to delays. (Doc. 102.) Accordingly, the Court **ORDERS**:

23         1. **Within 14 days and every 21 days thereafter**, the Defendants **SHALL** file a report

24            detailing any impediments to payment and when the payment will be made. The

25            obligation to report will continue until the payment has been made;

26    ///

27    ///

28

2. The motion to reopen the case is DENIED.

IT IS SO ORDERED.

Dated:   **February 25, 2020**                    **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE